**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MORGAN & MORGAN, P.A.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TRUMP PANAMA HOTEL MANAGEMENT LLC, and TRUMP INTERNATIONAL HOTELS MANAGEMENT, LLC,<br><br>　　　　Defendants. | No. _____<br><br>(Removed from Del. Ch., C.A. No. 2018-0031-JRS) |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Trump Panama Hotel Management LLC, a limited liability company organized under the laws of Delaware, and Trump International Hotels Management, LLC, a limited liability company organized under the laws of Delaware, hereby state that they each is a wholly-owned indirect subsidiary of The Donald J. Trump Revocable Trust dated April 7, 2014 and no publicly-held corporation owns 10% or more of its stock.

Dated:　　January 18, 2018
　　　　　 Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

OF COUNSEL:　　　　　　　　　　　　　PRICKETT, JONES & ELLIOTT, P.A.

　　　　　　　　　　　　　　　　　　　　By: */s/ Bruce E. Jameson*
Todd E. Soloway　　　　　　　　　　　　　Bruce E. Jameson (DE Bar No. 2931)
Perry M. Amsellem　　　　　　　　　　　　John G. Day (DE Bar No. 6023)
Brian T. Mohler　　　　　　　　　　　　　1310 King Street
Marion R. Harris　　　　　　　　　　　　　Wilmington, Delaware 19801
PRYOR CASHMAN LLP　　　　　　　　　(302) 888-6500
7 Times Square　　　　　　　　　　　　　BEJameson@prickett.com
New York, NY 10036　　　　　　　　　　JGDay@prickett.com
(212) 421-4100

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*