**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| MORGAN & MORGAN, P.A.<br><br>Plaintiff,<br><br>v.<br><br>TRUMP PANAMA HOTEL MANAGEMENT LLC, and TRUMP INTERNATIONAL HOTELS MANAGEMENT, LLC,<br><br>Defendants. | No. 1:18-cv-00110-GMS |

**JOINT STATEMENT OF PENDING MATTERS**

Pursuant to Local Rule 81.2, the parties hereby submit this Joint Statement of Pending Matters Requiring Judicial Action.  On February 1, 2018, Plaintiff Morgan & Morgan, P.A. filed a Motion for Remand or, in the Alternative, for Preliminary Injunction (Dkt. Nos. 4, 7).  Pursuant to a Stipulation among the parties subsequently so-ordered by this Court (Dkt. No. 9), Defendants have until February 22, 2018 to oppose that motion, and Plaintiff may reply on or before March 8, 2018. There are no other pending matters requiring judicial action.

Respectfully submitted,

OF COUNSEL:

Edward P. Boyle
Kevin J. White
VENABLE LLP
Rockefeller Center
1270 Avenue of The Americas, 24th Floor
New York, New York 10020
(212) 307-5500

VENABLE LLP

By:  _/s/ Jamie L. Edmonson_
   Jamie L. Edmonson (DE Bar No. 4247)
   Daniel A. O'Brien (DE Bar No. 4897)
   1201 North Market Street
   Suite 1400
   Wilmington, Delaware 19801
   (302) 298-3535
   jledmonson@venable.com
   daobrien@venable.com

   _Attorneys for Plaintiff_

OF COUNSEL:

Todd E. Soloway
Perry M. Amsellem
Brian T. Mohler
Marion R. Harris
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
(212) 421-4100


Date:  February 8, 2018

PRICKETT, JONES & ELLIOTT, P.A.

By: _/s/ Bruce E. Jameson_____
      Bruce E. Jameson (DE Bar No. 2931)
      John G. Day (DE Bar No. 6023)
      1310 King Street
      Wilmington, Delaware 19801
      (302) 888-6500
      BEJameson@prickett.com
      JGDay@prickett.com

      *Attorneys for Defendants*