# EXHIBIT 1



**INTERNATIONAL COURT OF ARBITRATION®** | **INTERNATIONAL CENTRE FOR ADR** | LEADING DISPUTE RESOLUTION WORLDWIDE

14 June 2018/cfa/mwr

**23149/MK**

HOTEL TOC, INC. (Panama) **vs/ 1.** TRUMP PANAMA HOTEL MANAGEMENT LLC (U.S.A.) **2.** TRUMP INTERNATIONAL HOTELS MANAGEMENT, LLC (U.S.A.) **vs/ 1.** Gary Lundgren (Panama) **2.** ITHACA CAPITAL INVESTMENTS I, S.A. (Panama) **3.** ITHACA CAPITAL INVESTMENTS II, S.A. (Panama) **4.** OWNERS MEETING OF THE P.H. TOC (Panama)

<u>Counsel in charge of the file: Marek Krasula</u>       (Tel:    +1 646 699 5704)
<u>Deputy Counsel: Mary Kate Wagner</u>                  (Tel:    +1 646 699 5707)
                                                        (Fax:    +1 212 221 1295)
                                                        (Email:  ica9@iccwbo.org)

Messrs. Joshua D. Bernstein / Darryl R. Graham
Mmes. Kathleen M. Prystowsky / Vanessa I. Garcia
AKERMAN LLP
666 Fifth Avenue, 20th Floor
New York, NY 10103
U.S.A.

*By email: joshua.bernstein@akerman.com; darryl.graham@akerman.com; kathleen.prystowsky@akerman.com; vanessa.garcia@akerman.com*

Messrs. Perry M. Amsellem / Todd Soloway
Mr. Brian T. Mohler / Ms. Marion R. Harris
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
U.S.A.

*By email: pamsellem@pryorcashman.com; tsoloway@pryorcashman.com; bmohler@pryorcashman.com; mharris@pryorcashman.com*

Mr. Gary Lundgren
c/o Griselda L. Perez, Board of Directions of P.H. TOC
5th Floor, Office Tower, Calle Punta Colón
Punta Pacífica, Ciudad de Panamá
República de Panamá

*By email: iistrading@yahoo.com*

OWNERS MEETING OF THE P.H. TOC
Attn: Griselda Perez
Torre Global Bank
Calle 50 & Calle 58, Este Oficina 3501-Piso 35
Ciudad de Panamá
República de Panamá

*By email: iistrading@yahoo.com*

…/…

**INTERNATIONAL CHAMBER OF COMMERCE (ICC)**
**INTERNATIONAL COURT OF ARBITRATION**

www.iccarbitration.org

**HEADQUARTERS**
33-43 avenue
du Président Wilson
75116 Paris, France
T +33 (0)1 49 53 28 28
F +33 (0)1 49 53 29 33
E arb@iccwbo.org

**HONG KONG OFFICE**
Suite 2, 12/F Fairmont House
8 Cotton Tree Drive
Central, Hong Kong
T +852 3607 5600
F +852 2523 1619
E ica8@iccwbo.org

**BRAZIL OFFICE**
in affiliation with SCIAB LTDA.
rua Surubim, 504, Brooklin Novo
CEP 04571-050, Sao Paulo
Brazil
T +55 11 3040 8830
E ica10@iccwbo.org

**NORTH AMERICA OFFICE**
in affiliation with SICANA, Inc.
140 East 45th Street, Suite 14C
New York, NY 10017, USA
T +1 646 699 5704
F +1 646 737 9467
E ica9@iccwbo.org

**SINGAPORE OFFICE**
in affiliation with SICAS
32 Maxwell Road
#03-05B Maxwell Chambers
Singapore 069115
T +65 6805 9580
E ica11@iccwbo.org

Dear Mesdames and Sirs,

The Secretariat acknowledges receipt of Additional Party 6's correspondence of today's date enclosing its *Amended Answer Motion to Dismiss Article 6(3) Plea*, a copy of which was sent to all concerned.

The Secretariat informs you that, at today's session, the International Court of Arbitration of the International Chamber of Commerce ("Court"):

- decided that this arbitration will not proceed with respect to Orestes Fintiklis (Cyprus), MORGAN & MORGAN (Panama), HOTEL TOC FOUNDATION (Panama) and ZacGary Lundgren (Panama) (Article 6(4)); and

- decided that this arbitration will proceed with respect to Gary Lundgren (Panama), ITHACA CAPITAL INVESTMENTS I, S.A. (Panama), ITHACA CAPITAL INVESTMENTS II, S.A. (Panama) and OWNERS MEETING OF THE P.H. TOC (Panama) (Article 6(4)).

Accordingly, this arbitration will proceed with the parties mentioned in the above caption. Please use it in all future correspondence. For the avoidance of doubt, we inform the parties that the remaining additional parties will be numbered as follows:

**1.** Gary Lundgren (Panama) **2.** ITHACA CAPITAL INVESTMENTS I, S.A. (Panama) **3.** ITHACA CAPITAL INVESTMENTS II, S.A. (Panama) **4.** OWNERS MEETING OF THE P.H. TOC (Panama)

**Constitution of the Arbitral Tribunal**

We refer to our correspondence dated 26 January 2018, by which we noted that Additional Parties 2 and 3 join *"in [Claimant's] nomination of Ms. Cecelia Fanelli as its party appointed arbitrator"* and join in and adapt *"[Claimant's] position regarding Mr. Goodwin"*.

We also refer to our correspondence dated 2 February 2018, by which we noted that Additional Parties 1 and 4 indicate that they *"have no objection to either [Ms. Fanelli or Mr. Goodwin]."*

In this regard, we enclose Ms. Cecelia L. Fanelli's correspondence dated 12, 20, and 27 February 2018, as well as 6 April 2018, and invite the parties to provide their comments, if any, by **22 June 2018**.

We also remind the parties that, where an additional party has been joined, and where the dispute is to be referred to three arbitrators, the additional party may, jointly with Claimant or with Respondents, nominate an arbitrator for confirmation (Article 12(7)).

Accordingly, we invite Additional Parties 1 and 4 to indicate whether they join in Claimant's nomination of Ms. Fanelli or Respondents' joint nomination of Mr. Goodwin by **22 June 2018**.

In the absence of a joint nomination (Articles 12(6) or 12(7)) and where all parties fail to agree to a method for constituting the arbitral tribunal, the Court may appoint each member of the arbitral tribunal and designate one of them to act as president (Article 12(8)).

According to the arbitration agreement, the co-arbitrators will have 20 days from their confirmation or appointment to jointly nominate the president, unless another time limit is agreed upon by the parties.

Yours faithfully,

Marek Krasula
Counsel
International Court of Arbitration® | International Chamber of Commerce
SICANA Inc.

…/…

**23149/MK** **Page 3**

encl.   Ms. Cecelia L. Fanelli's correspondence dated 12, 20, and 27 February and 6 April 2018

c.c.   - Mr. Jose Carrizo (*By email: jose.carrizo@morimor.com*)
   - Messrs. Edward P. Boyle / Kevin J. White
      (*By email: epboyle@venable.com; kjwhite@venable.com*)
   - Mr. ZacGary Lundgren (*By email: gary.lundgren@yahoo.com; zacgarylundgren@gmail.com*)